UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| VOTE.ORG; FLORIDA ALLIANCE FOR RETIRED AMERICANS; FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP; DISABILITY RIGHTS FLORIDA, <br><br>    *Plaintiffs*, <br>v. <br><br> CORD BYRD, in his official capacity as Secretary of State of Florida; et al., <br><br>    *Defendants*, <br>                and <br><br> REPUBLICAN NATIONAL COMMITTEE and REPUBLICAN PARTY OF PASCO COUNTY, <br><br>    *Intervenor-Defendants*. | Case No. 4:23-cv-111-AW-MAF |

## NOTICE OF APPEAL

Plaintiffs appeal to the U.S. Court of Appeals for the Eleventh Circuit the Order Granting Motions to Dismiss entered on October 30, 2023, ECF No. 140, and Order for Entry of Judgment and Judgment entered on November 8, 2023, ECF Nos. 142 and 143.

Dated: November 9, 2023

Abha Khanna*
**ELIAS LAW GROUP LLP**
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
akhanna@elias.law

Justin Baxenberg*
Alexander F. Atkins*
Renata O'Donnell*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
jbaxenberg@elias.law
aatkins@elias.law
rodonnell@elias.law

*Counsel for Plaintiffs Vote.Org, Florida Alliance for Retired Americans, Florida State Conference of Branches and Youth Units of the NAACP, and Disability Rights Florida*

*\*Admitted Pro Hac Vice*

Respectfully submitted,

*/s/ Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111
Quinn B. Ritter
Florida Bar No. 1018135
**KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 9, 2023, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                    /s/ *Frederick S. Wermuth*
                                    Frederick S. Wermuth
                                    Florida Bar No.: 0184111
                                    *Counsel for Plaintiffs*