Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: 23-13727

**Caption:**

VOTE.ORG, et al.

v.

CORD BYRD, et al.

District and Division: Northern District of Florida, Tallahassee Division
Name of Judge: Hon. Allen C. Winsor
Nature of Suit: Civil Rights
Date Complaint Filed: 3/16/23
District Court Docket Number: 4:23-cv-111-AW-MAF
Date Notice of Appeal Filed: 11/09/23
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:** ☑ Plaintiff ☐ Defendant ☐ Other (Specify) | See Attachment A | | |
| **For Appellee:** ☐ Plaintiff ☑ Defendant ☐ Other (Specify) | See Attachment A | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☑ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ 0.00 |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ 0.00 |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $ 0.00 |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to N/A |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: ☐ TRO ☐ Preliminary ☑ Permanent ☐ Granted ☑ Denied |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | |
| | | ☐ Injunction | |
| | | ☐ Other _____ | |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
   What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

   If Yes, provide
   (a) Case Name/Statute  Voting Rights Act of 1964
   (b) Citation  52 U.S.C. § 10101(a)(2)(B)
   (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
   (a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes ☑ No
   (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☑ Yes ☐ No

   If Yes, provide
   (a) Case Name  (1) Vote.org v. Callanen, et al.; (2) Vote.org v. Ga. State Election Bd.
   (b) Citation  (1) Case No. 22-50536; (2) Case No. 1:22-CV-01734-JPB
   (c) Docket Number if unreported _____
   (d) Court or Agency  (1) U.S. Court of Appeals for the Fifth Circut; (2) U.S. District Court for the Northern District of Georgia

(4) Will this appeal involve a conflict of law
   (a) Within the Eleventh Circuit?  ☑ Yes ☐ No
   (b) Among circuits?  ☐ Yes ☐ No

   If Yes, explain briefly:

   The order below directly conflicts with Vote.org v. Ga. State Election Bd., No. 1:22-CV-01734-JPB, 2023 WL 2432011, at *7 (N.D. Ga. Mar. 9, 2023).

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

   Whether the district court erred in granting the motion to dismiss on the basis that the manner in which a voter signs a voter registration form is "material in determining whether such individual is qualified to vote under State law" within the meaning of 52 U.S.C. § 10101(a)(2).

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  20th  DAY OF  November , 2023 .

Frederick S. Wermuth
NAME OF COUNSEL (Print)                                            SIGNATURE OF COUNSEL

# ATTACHMENT A

## Attorneys for Appellants/Plaintiffs

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Atkins, Alexander | 250 Massachusetts Ave NW, Suite 400 Washington, DC 20002 | (202) 968-4490, aatkins@elias.law |
| Baxenberg, Justin | 250 Massachusetts Ave NW, Suite 400 Washington, DC 20002 | (202) 968-4490, jbaxenberg@elias.law |
| Khanna, Abha | 1700 Seventh Ave, Suite 2100 Seattle, Washington 98101 | (206) 656-0177, akhanna@elias.law |
| O'Donnell, Renata | 250 Massachusetts Ave NW, Suite 400 Washington, DC 20002 | (202) 968-4490, rodonnell@elias.law |
| Ritter, Quinn | P.O. Box 1631 Orlando, Florida 32802-1631 | (407) 422-2472, qritter@kbzwlaw.com |
| Wermuth, Fredrick | P.O. Box 1631 Orlando, Florida 32802-1631 | (407) 422-2472, fwermuth@kbzwlaw.com |

## Attorneys for Appellees/Defendants

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Beato, Michael | 119 S Monroe Street Suite 500 Tallahassee, FL 32301 | (850) 566-7610, mbeato@holtzmanvogel.com |
| Benda, Kyle | 20 N. Main Street, Suite 462 Brooksville, Florida 34601 | (352) 754-4122, kbenda@co.hernando.fl.us |
| Bentley, Morgan | 783 S. Orange Ave., Third Floor | (941) 556-9030, mbentley@bgk.law |

|  | Sarasota, Florida 34236 |  |
|---|---|---|
| Bledsoe, William | 123 W. Indiana Avenue<br>Deland, Florida 32720 | 386-736-5950, kbledsoe@volusia.org |
| Davis, Ashley | 500 South Bronough Street<br>Tallahassee, Florida 32399 | (850) 245-6536, Ashley.Davis@dos.myflorida.com |
| Dickey, Gilbert | 1600 Wilson Boulevard<br>Suite 700<br>Arlington, VA 22209 | (703) 243-9423, gilbert@consovoymccarthy.com |
| Erdelyi, Susan | 1200 Riverplace Blvd., Suite 800<br>Jacksonville, Florida 32207 | (904) 398-0900, serdelyi@marksgray.com |
| Feiser, Craig | 117 W. Duval Street, Suite 480<br>Jacksonville, Florida 32202 | (904) 255-5100, CFeiser@coj.net |
| Graham, William | 305 S Gadsden St.<br>Tallahassee, FL 32301 | (850) 222-2107, bgraham@carrallison.com |
| Green, Tyler | 222 S Main St.<br>5th Floor<br>Salt Lake City, UT 84101 | (703) 243-9423, tyler@consovoymccarthy.com |
| Gibson, Benjamin | 215 South Monroe Street, Suite 804<br>Tallahassee, Florida 32301 | (850) 241-1717, bgibson@shutts.com |
| Guzzo, Sophia | 111 N.W. 1st Street, Suite 2810<br>Miami, Florida 33128 | (305) 375-5151, Sophia.guzzo@miamidade.gov |

| Hankins, Christi | 221 Palafox Place, Suite 430 Pensacola, Florida 32502 | (850) 595-4970, cjhankins@myescambia.com |
|---|---|---|
| Herron, Mark | Post Office Box 15579 Tallahassee, Florida 32317 | (850) 222-0720, mherron@lawfla.com |
| Jarone, Joseph | 115 South Andrews Avenue, Suite 423 Fort Lauderdale, Florida 33301 | (954)357-7600, jkjarone@broward.org |
| Jazil, Mohammad | 119 S Monroe Street Suite 500 Tallahassee , FL 32301 | (850) 391-0503, mjazil@holtzmanvogel.com |
| Johnson, Diana | 12 Southeast 1st Street Gainesville, Florida 32601 | (352) 374-5218, dmjohnson@alachuacounty.us |
| Jonas, Sarah | 123 W. Indiana Avenue Deland, Florida 32720 | (386) 736-5950, sjonas@volusia.org |
| Jouben, Jon | 20 N. Main Street, Suite 462 Brooksville, Florida 34601 | (352) 754-4122, Jjouben@co.hernando.fl.us |
| Klitsberg, Nathaniel | 115 South Andrews Avenue, Suite 423 Fort Lauderdale, Florida 33301 | (954) 357-7600, nklitsberg@broward.org |
| LaVia, John, III | P.O. Box 350 Tallahassee, Florida 32302 | (850) 566-2396, rlabasky@gmail.com |
| Mari, Frank | 2707 E. Jefferson St. | (407) 897-5150, fmari@roperpa.com |

| | Orlando, Florida 32803 | |
|---|---|---|
| Markarian, David | 2925 PGA Blvd., Ste. 204 Palm Beach Gardens, FL 33410 | dave@forbusinessandlife.com |
| McCarthy, Thomas | 1600 Wilson Boulevard Suite 700 Arlington, VA 22209 | (703) 243-9423, tom@consovoymccarthy.com |
| Meros, Nicholas | 400 S. Monroe Street Tallahassee, Florida 32399 | (850) 717-9310, Nicholas.Meros@eog.myflorida.com |
| Nordby, Daniel | 215 South Monroe Street, Suite 804 Tallahassee, Florida 32301 | (850) 241-1717, dnordby@shutts.com |
| Norris, Cameron | 1600 Wilson Boulevard Suite 700 Arlington, VA 22209 | (703) 243-9423, cam@consovoymccarthy.com |
| Olivo, Geraldo, III | P.O. Box 280 Fort Myers, Florida 33902 | (239) 344-1168, jerry.olivo@henlaw.com |
| Perez, Devona Reynolds | 115 South Andrews Avenue, Suite 423 Fort Lauderdale, Florida 33301 | (954) 357-7600, dreynoldsperez@broward.org |
| Scott, Dale | 2707 E. Jefferson Street Orlando, Florida 32803 | (407) 897-5150, dscott@roperpa.com |
| Shannin, Nicholas | 214 S. Lucerne Circle East Orlando, Florida 32801 | (407) 985-2222, nshannin@shanninlaw.com |

| Shaud, Matthew | 1500 Mahan Drive, Suite 200<br>Tallahassee, Florida 32308 | (850) 224-4070, mshaud@ngnlaw.com |
| --- | --- | --- |
| Stewart, Gregory | 1500 Mahan Drive, Suite 200<br>Tallahassee, Florida 32308 | (850) 224-4070, gstewart@ngnlaw.com |
| Swain, Robert | 12 Southeast 1st Street<br>Gainesville, Florida 32601 | (352) 374-5218, bswain@alachuacounty.us |
| Todd, Stephen | Post Office Box 1110<br>Tampa, Florida 33601-1110 | (813) 272-5670, ToddS@hillsboroughcounty.org |
| Valdes, Michael | 111 N.W. 1st Street, Suite 2810<br>Miami, Florida 33128 | (305) 375-5151, mbv@miamidade.gov |
| Van De Bogart, Joseph | 500 South Bronough Street<br>Tallahassee, Florida 32399 | (850) 245-6536, Joseph.Vandebogart@dos.myflorida.com |
| Vicari, Kelly | 315 Court Street 6th Floor<br>Clearwater, FL 33756 | 727-464-3354, kvicari@pinellascounty.org |
| Woodfin, Conor | 1600 Wilson Boulevard Suite 700<br>Arlington, VA 22209 | (806) 773-0286, conor@consovoymccarthy.com |