No. 23-13727

# In the United States Court of Appeals for the Eleventh Circuit

VOTE.ORG, et al.
                          *Plaintiffs-Appellants*,

v.

CORD BYRD, et al.
                          *Defendants-Appellees*

On Appeal from the United States District Court
for the Northern District of Florida
No. 4:23-cv-111 (Winsor, J.)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

| | | |
|---|---|---|
| Frederick S. Wermuth | Abha Khanna | Justin Baxenberg |
| Quinn B. Ritter | ELIAS LAW GROUP LLP | Alexander F. Atkins |
| KING, BLACKWELL, ZEHNDER | 1700 Seventh Ave | Renata O'Donnell |
|   & WERMUTH, P.A. | Suite 2100 | ELIAS LAW GROUP LLP |
| P.O. Box 1631 | Seattle, WA 98101 | 250 Massachusetts Ave NW |
| Orlando, FL 32802 | (206) 656-0177 | Suite 400 |
| (407) 422-2472 | | Washington, DC 20002 |
| | | (202) 968-4490 |

*Counsel for Plaintiffs-Appellants in No. 23-13727*

No. 23-13727
*Vote.org, et al. v. Bryd, et al.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Plaintiffs-Appellants certify that Vote.org, Florida State Conference of Branches of Youth Units of the NAACP, Disability Rights Florida, and Florida Alliance for Retired Americans each has no parent corporation, and no publicly held corporation owns 10% or more of any of those entities' stock.

Under Circuit Rule 26.1-1(a)(3) Plaintiffs-Appellants further certify that the following have an interest in the outcome of this case:

1. Adkins, Janet, *Defendant*
2. Andersen, Mark, *Defendant*
3. Anderson, Chris, *Defendant*
4. Anderson, Shirley, *Defendant*
5. Arnold, Melissa, *Defendant*
6. Arrington, Mary Jane, *Defendant*
7. Atkins, Alexander, *Counsel for Plaintiffs*
8. Baird, Maureen, *Defendant*
9. Balsley Berlin, Holly, *Counsel for United States*
10. Bardos, Andy, *Counsel for Defendants*
11. Barton, Kim, *Defendant*

12. Baxenberg, Justin, *Counsel for Plaintiffs*

13. Beato, Michael, *Counsel for Defendant*

14. Benda, Kyle, *Counsel for Defendant*

15. Bennett, Michael, *Defendant*

16. Bentley, Morgan, *Counsel for Defendant*

17. Blazier, Melissa, *Defendant*

18. Bledsoe, William, *Counsel for Defendant*

19. Bobanic, Tim, *Defendant*

20. Byrd, Cord, *Defendant*

21. Cannon, Starlet, *Defendant*

22. Chambless, Chris, *Defendant*

23. Chason, Sharon, *Defendant*

24. Conyers, Grant, *Defendant*

25. Corley, Brian, *Defendant*

26. Cowles, Bill, *Defendant*

27. Davis, Ashley, *Counsel for Defendant*

28. Davis, Vicky, *Defendant*

29. Dickey, Gilbert, *Counsel for Intervenor-Defendant*

30. Disability Rights Florida, *Plaintiff*

31. Doyle, Tommy, *Defendant*

32. Driggers, Heath, *Defendant*

33. Dunaway, Carol, *Defendant*

34. Earley, Mark, *Defendant*

35. Edwards, Jennifer, *Defendant*

36. Edwards, Lori, *Defendant*

37. Erdelyi, Susan, *Counsel for Defendants*

38. Farnam, Aletris, *Defendant*

39. Feiser, Craig, *Counsel for Defendant*

40. Florida Alliance for Retired Americans, *Plaintiff*

41. Florida State Conference of Branches and Youth Units of the NAACP, *Plaintiff*

42. Gibson, Benjamin, *Counsel for Intervenor-Defendants*

43. Glickman, Jessica, *Counsel for Defendant*

44. Graham, William, *Counsel for Defendant*

45. Green, Tyler, *Counsel for Intervenor-Defendants*

46. Griffin, Joyce, *Defendant*

47. Guzzo, Sophia, *Counsel for Defendant*

48. Hankins, Christi, *Counsel for Defendant*

49. Hanlon, John, *Defendant*

50. Hart, Travis, *Defendant*

51. Hays, Alan, *Defendant*

52. Healy, Karen, *Defendant*

53. Herron, Mark, *Counsel for Defendant*

54. Holland, Jerry, *Defendant*

55. Hutto, Laura, *Defendant*

56. Jarone, Joseph, *Counsel for Defendant*

57. Jazil, Mohammad, *Counsel for Defendant*

58. Johnson, Diana, *Counsel for Defendant*

59. Jonas, Sarah, *Counsel for Defendant*

60. Jones, Tammy, *Defendant*

61. Jouben, Jon, *Counsel for Defendant*

62. Keen, William, *Defendant*

63. Khanna, Abha, *Counsel for Plaintiffs*

64. Kinsey, Jennifer, *Defendant*

65. Klitsberg, Nathaniel, *Counsel for Defendant*

66. Knight, Shirley, *Defendant*

67. Latimer, Craig, *Defendant*

68. LaVia, John, III, *Counsel for Defendants*

69. Lenhart, Kaiti, *Defendant*

70. Lewis, Lisa, *Defendant*

71. Link, Wendy, *Defendant*

72. Lux, Paul, *Defendant*

73. Marcus, Julie, *Defendant*

74. Mari, Frank, *Counsel for Defendants*

75. Markarian, David, *Counsel for Defendant*

76. McCarthy, Thomas, *Counsel for Intervenor-Defendants*

77. Meros, Nicholas, *Counsel for Defendant*

78. Messer, Ryan, *Defendant*

79. Milligan, Michelle, *Defendant*

80. Milton, Christopher, *Defendant*

81. Morgan, Joseph, *Defendant*

82. Negley, Mark, *Defendant*

83. Nordby, Daniel, *Counsel for Intervenor-Defendants*

84. Norris, Cameron, *Counsel for Intervenor-Defendants*

85. O'Donnell, Renata, *Counsel for Plaintiffs*

86. Oakes, Vicky, *Defendant*

87. Olivo, Geraldo, III, *Counsel for Defendant*

88. Osborne, Deborah, *Defendant*

89. Overturf, Charles, *Defendant*

90. Perez, Devona Reynolds, *Counsel for Defendant*

91. Republican National Committee, *Intervenor-Defendant*

92. Republican Party of Pasco County, *Intervenor-Defendant*

93. Riley, Heather, *Defendant*

94. Ritter, Quinn, *Counsel for Plaintiffs*

95. Rudd, Carol, *Defendant*

96. Sanchez, Connie, *Defendant*

97. Scott, Dale, *Counsel for Defendant*

98. Scott, Joe, *Defendant*

99. Seyfang, Amanda, *Defendant*

100. Shannin, Nicholas, *Counsel for Defendant*

101. Shaud, Matthew, *Counsel for Defendant*

102. Smith, Diane, *Defendant*

103. Southerland, Dana, *Defendant*

104. Stafford, David, *Defendant*

105. Stewart, Gregory, *Counsel for Defendant*

106. Stinton Brown, Tomi, *Defendant*

107. Swain, Robert, *Counsel for Defendant*

108. Swan, Leslie, *Defendant*

109. Taylor, Sherry, *Defendant*

110. Todd, Stephen, *Counsel for Defendant*

111. Turner, Ron, *Defendant*

112. United States of America, *Interested Party*

113. Valdes, Michael, *Counsel for Defendant*

114. Valenti, Leah, *Defendant*

115. Van De Bogart, Joseph, *Counsel for Defendant*

116. Vicari, Kelly, *Counsel for Defendant*

117. Villane, Tappie, *Defendant*

118. Vote.org, *Plaintiff*

119. Walker, Gertrude, *Defendant*

120. Wermuth, Frederick, *Counsel for Plaintiffs*

121. White, Christina, *Defendant*

122. Wilcox, Wesley, *Defendant*

123. Williams, Russell, *Defendant*

124. Winsor, Allen C., *U.S. District Court Judge*

125. Woodfin, Conor, *Counsel for Intervenor-Defendants*

Dated: November 22, 2023                  Respectfully submitted,

Abha Khanna                               /s/ Frederick S. Wermuth
**ELIAS LAW GROUP LLP**                   Frederick S. Wermuth
1700 Seventh Ave.                         Florida Bar No. 0184111
Suite 2100                                Quinn B. Ritter
Seattle, WA 98101                         Florida Bar No. 1018135
Telephone: (206) 656-0177                 **KING, BLACKWELL, ZEHNDER**
akhanna@elias.law                          **& WERMUTH, P.A.**

No. 23-13727
*Vote.org, et al. v. Bryd, et al.*

Justin Baxenberg
Alexander F. Atkins
Renata O'Donnell
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW
Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
jbaxenberg@elias.law
aatkins@elias.law
rodonnell@elias.law

P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
qritter@kbzwlaw.com

*Counsel for Plaintiffs-Appellants Vote.org, Florida State Conference of Branches of Youth Units of the NAACP, Disability Rights Florida, and Florida Alliance for Retired Americans*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2023, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111