**No. 23-13727**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

DISABILITY RIGHTS FLORIDA, ET AL.
*Plaintiffs-Appellants*,

v.

SECRETARY, STATE OF FLORIDA, ET AL.,
*Defendants-Appellees*,
and
REPUBLICAN NATIONAL COMMITTEE, ET AL.
*Intervenor-Defendants-Appellees*.

## APPELLEES' MOTION FOR EXTENSION OF TIME

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA,
CASE NO. 4:23-CV-00111-AW-MAF (WINSOR, J.)

Nicholas J.P. Meros
EXECUTIVE OFFICE OF THE GOVERNOR
400 S. Monroe Street
Tallahassee, FL 32399
(850) 717-9310

Joseph Van de Bogart
FLORIDA DEPARTMENT OF STATE
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

*Counsel for Appellees*

Andy Bardos
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
850-577-9090

*Counsel for Appellees*

Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
tyler@consovoymccarthy.com

*Counsel for Intervenor-Appellees*

*Disability Rights Florida, et al. v. Secretary, State of Florida, et al.*
*Case No. 23-13727*

# CERTIFICATE OF INTERESTED PERSONS AND
# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1 to 26.3, Counsel for Appellees certify that, in addition those persons identified by Plaintiffs-Appellants and the United States as amicus curiae, the following persons may have an interest in the outcome of this appeal:

1. Fitzpatrick, Martin A., Magistrate Judge

2. Harle, Denise, Counsel for Intervenor Defendants

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

/s/ *Nicholas J.P. Meros*
*Counsel for Appellees*

# MOTION FOR EXTENSION OF TIME

Under Federal Rule of Appellate Procedure 26(b) and Eleventh Circuit Rules 27-1 and 31-2, Appellees Florida Secretary of State and the undersigned Supervisors of Elections[1], and Intervenor-Appellees Republican National Committee and Republican Party of Pasco County ("Appellees"), request a 21-day extension to file and serve their answer briefs.

1. Appellants filed their Initial Brief on January 25, 2024. After obtaining a clerk's extension, Appellees' answer briefs are due March 25, 2024.

2. Multiple unforeseen events have intervened and prevented Appellees' counsel, despite their diligence, from making the necessary progress to meet the current deadline.

3. For example, just as undersigned counsel began drafting the Secretary's Answer Brief, he had to pause work to care for his wife while she was hospitalized with complications during the birth of their second son. And since then, undersigned counsel has been representing the Governor and his executive agencies in emergency proceedings with tight deadlines in state and federal courts that were scheduled after

---

[1] Undersigned counsel represents Leah Valenti, Charlotte County Supervisor of Elections; Melissa Blazier, Collier County Supervisor of Elections; Leslie Swan, Indian River County Supervisor of Elections; Alan Hays, Lake County Supervisor of Elections; Tommy Doyle, Lee County Supervisor of Elections; Michael Bennett, Manatee County Supervisor of Elections; Wesley Wilcox, Marion County Supervisor of Elections; Joyce Griffin, Monroe County Supervisor of Elections; Brian Corley, Pasco County Supervisor of Elections; and Chris Anderson, Seminole County Supervisor of Elections

Appellants filed their Initial Brief. These unexpected proceedings consumed the Executive Office of the Governor's limited resources and prevented undersigned counsel from working on the Secretary's answer brief.

4. In addition, counsel for the Supervisors is lead counsel to two state agencies in a putative class action that is scheduled for trial in May, and that is now in the intense, final stages of fact and expert discovery. *See Chianne D. v. Weida*, No. 3:23-cv-00985 (M.D. Fla.). The requested extension will afford the Supervisors' counsel sufficient time, consistent with other professional obligations, to present a brief that best assists this Court's resolution of this appeal.

5. Further, counsel for the Intervenor-Appellees have a motion to dismiss hearing next week in California federal court, an initial brief due in Florida's First District Court of Appeal on March 11, a preliminary injunction hearing in Montana federal court on March 20, an answer brief due March 29 in the Florida Supreme Court, an answer brief due April 2 in Florida's First District Court of Appeal, and a trial set to begin in Georgia federal court on April 15 with pre-trial motion practice going on now. The requested extension will allow counsel for Intervenor-Appellees to have sufficient time to dedicate to preparing a brief that best addresses the important issues before this Court.

6. Accordingly, Appellees request a twenty-one (21) day extension of time to complete and file their answer briefs. If the Court grants the extension, Appellees'

answer briefs will be due April 15, 2024, and Appellants' Reply Brief will be due 30 days after, or May 15, 2024.

7. Appellees' requested extension will not prejudice Appellants because oral argument is not yet scheduled and there are no other pending deadlines. Moreover, Appellants will have sufficient time to file their reply brief and the opportunity to ask for an extension of that deadline, if needed.

8. This is Appellees' second request for extension of time. Appellees do not anticipate seeking any further extensions absent extraordinary circumstances.

9. Pursuant to Eleventh Circuit Rule 27-1(a)(5), undersigned counsel has conferred with Appellants' counsel, who do not consent to the requested extension.

WHEREFORE, Appellees request an order extending the time to file and serve their answer briefs by 21 days, up to and including April 15, 2024. Appellants' reply will then be due 30 days after, or May 15, 2024.

Dated: March 7, 2024,                                Respectfully submitted,

/s/ *Andy Bardos*                                    /s/ *Nicholas J.P. Meros*
ANDY BARDOS                                          RYAN D. NEWMAN
GRAYROBINSON, P.A.                                   *General Counsel*
301 South Bronough Street, Suite 600                 NICHOLAS J.P. MEROS
Tallahassee, Florida 32301                           *Deputy General Counsel*
Telephone: 850-577-9090                              SAMUEL F. ELLIOTT
andy.bardos@gray-robinson.com                        *Assistant General Counsel*

*Counsel for Appellees Chris*                        EXECUTIVE OFFICE OF THE GOVERNOR
*Anderson, Michael Bennett, Melissa*                 400 S. Monroe Street
*Blazier, Brian Corley, Tommy Doyle,*                Tallahassee, FL 32399
*Joyce Griffin, Alan Hays, Leslie*                   (850) 717-9310

5

*Rossway Swan, Leah Valenti, and Wesley Wilcox*

TYLER R. GREEN
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
tyler@consovoymccarthy.com

THOMAS R. MCCARTHY
CAMERON T. NORRIS
GILBERT C. DICKEY
CONOR D. WOODFIN
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

/s/ *Benjamin Gibson*
DANIEL E. NORDBY
BENJAMIN J. GIBSON
DENISE M. HARLE
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
dnordby@shutts.com
bgibson@shutts.com
dharle@shutts.com

*Counsel for Intervenor-Appellees the Republican National Committee and the Republican Party of Pasco County*

Ryan.newman@eog.myflorida.com
Nicholas.meros@eog.myflorida.com
Samuel.elliott@eog.myflorida.com

/s/ *Joseph Van De Bogart*
JOSEPH VAN DE BOGART
*General Counsel*
ASHLEY DAVIS
*Chief Deputy General Counsel*

FLORIDA DEPARTMENT OF STATE
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536
Joseph.vandebogart@dos.myflorida.com
Ashley.davis@dos.myflorida.com

*Counsel for Appellee Secretary Byrd*

6

*Disability Rights Florida, et al. v. Secretary, State of Florida, et al.*
*Case No. 23-13727*

## CERTIFICATE OF COMPLIANCE

1.  This motion complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond.

2.  This motion complies with the type-volume limits of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 633 words.

/s/ *Nicholas J.P. Meros*
*Counsel for Appellees*

## CERTIFICATE OF SERVICE

I certify that on March 7, 2024, I electronically filed this motion with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all parties in the case who are registered through CM/ECF.

/s/ *Nicholas J.P. Meros*
*Counsel for Appellees*

7