CORRECTED ORDER

# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 23-13727

_____

VOTE.ORG,
FLORIDA ALLIANCE FOR RETIRED AMERICANS,
FLORIDA STATE CONFERENCE OF THE NAACP,
DISABILITY RIGHTS FLORIDA,

                                                    Plaintiffs-Appellants,

*versus*

SECRETARY, STATE OF FLORIDA,
SUPERVISOR, ELECTIONS FOR ALACHUA COUNTY,
SUPERVISOR, ELECTIONS FOR BAKER COUNTY,
SUPERVISOR, ELECTIONS FOR BAY COUNTY,
SUPERVISOR, ELECTIONS FOR BRADFORD COUNTY, et al.,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00111-AW-MAF

_____

ORDER:

The motion for an extension of time to and including May 15, 2024, to file Appellees Florida Secretary of State, Republican National Committee, Republican Party of Pasco County, Charlotte County Supervisor of Elections, Collier County Supervisor of Elections, Indian River County Supervisor of Elections, Lake County Supervisor of Elections, Lee County Supervisor of Elections, Manatee County Supervisor of Elections, Marion County Supervisor of Elections, Monroe County Supervisor of Elections, Pasco County Supervisor of Elections, and Seminole County Supervisor of Elections' response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Nancy G. Abudu
UNITED STATES CIRCUIT JUDGE